# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 14-1125

(1:12-cv-00333-CCE-JEP)

_____

**KENNETH L. HUNTER; RICK A. DONATHAN ; JERRY MEDLIN**

      Plaintiffs – Appellees/Cross-Appellants,

   v.

**TOWN OF MOCKSVILLE, NORTH CAROLINA; ROBERT W. COOK,** in his official capacity as Administrative Chief of Police of the Mocksville Police Department and in his individual capacity; **CHRISTINE W. BRALLEY,** in her official capacity as Town Manager of the Town of Mocksville and in her individual capacity

      Defendants – Appellants/Cross-Appellees.

_____

### PLAINTIFFS-APPELLEES/CROSS APPELLANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO BRIEF OF DEFENDANTS-APPELLANTS/CROSS-APPELLEES

     Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, plaintiffs, through counsel, request an extension of time to file their response to defendants-appellants/cross-appellees' brief.  In support of this motion, plaintiffs state that one of plaintiffs' counsel has had a death in the family and counsel needs additional time to complete their brief.

WHEREFORE, plaintiffs request an extension to and through Wednesday, June 4, 2014.

This the 28th day of May, 2014.

/s/Robert M. Elliot
Robert M. Elliot
NC Bar No: 7709
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724-2828
rmelliot@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2014, I electronically filed to the foregoing document on the following counsel for appellants-defendants:

Patrick H. Flanagan
Cranfill Sumner & Hartzog, LLP
2907 Providence Road, Suite 200
Charlotte, North Carolina 28211
Email: phf@cshlaw.com

Philip M. Van Hoy
Van Hoy, Reutlinger, Adams & Dunn
737 East Boulevard
Charlotte, NC  28203
Email: phil.vanhoy@vradlaw.com

/s/Robert M. Elliot
Robert M. Elliot
N.C. Bar No. 7709
Elliot Morgan Parsonage, PLLC
Winston-Salem, N.C. 27101
Telephone: (336) 724-2828
Fax No. (336) 724-3335
rmelliot@emplawfirm.com